656 So.2d 484 (1995)
Robert PEREZ, Petitioner,
v.
STATE of Florida, Respondent.
No. 84960.
Supreme Court of Florida.
June 22, 1995.
James Marion Moorman, Public Defender and Brad Permar, Asst. Public Defender, Clearwater, for petitioner.
Robert A. Butterworth, Atty. Gen., Michael J. Neimand, Asst. Atty. Gen., and Parker D. Thomson and Carol A. Licko, Sp. Asst. Attys. Gen., Miami, for respondent.
SHAW, Justice.
We have for review Perez v. State, 648 So.2d 784 (Fla. 2d DCA 1994), wherein the district court certified a question concerning the constitutionality of Florida's anti-stalking statute, section 784.048, Florida Statutes (Supp. 1992). We have jurisdiction. Art. V, § 3(b)(4), Fla. Const.
We recently upheld the constitutionality of this statute in Bouters v. State, 20 Fla. L. Weekly S186, ___ So.2d ___ [1995 WL 242403] (Fla. Apr. 27, 1995). Accordingly, we approve Perez.
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.